MICHAEL KEEVER, individually, and
as the class representative of others
similarly situated,

      Plaintiff,

vs.

BELLE VISTA BLUFFS, INC.
a Florida Registered Corporation, and

BEVERLY C. MACKIN, individually.

      Defendants.

_____/

## PLAINTIFF'S RESPONSE TO COURT'S INTERROGATORIES

**COMES NOW**, the Plaintiff, **MICHAEL KEEVER**, by and through his undersigned counsel and

hereby responds to the Court's Interrogatories to Plaintiff (Doc. 11) as follows:

1.     During what period of time were you employed by the Defendant(s)?

    **ANSWER**: From September 23, 2019 until termination on January 11, 2020.


2.     Who was your immediate supervisor?

    **ANSWER**: Juan Cruz was my direct supervisor. He reported to Beverly C. Mackin.


3.     Did you have a regularly scheduled work period? If so, specify.

    **ANSWER**: Yes, Monday through Friday (shift ended Saturday morning).


4.     What was your title or position? Briefly describe your job duties.

    **ANSWER**: Medical technician/ caregiver. Provide care and assistance to residents of
defendant's facility.


5.     What was your regular rate of pay?

    **ANSWER**: $12 an hour.

6. Provide an accounting of your claim, including:

   (a) Dates

   **ANSWER**: Please see chart below.


   (b) regular hours worked

   **ANSWER:** See chart below. All weeks were 40 hours except as marked below.


   (c) over-time hours worked

   **ANSWER**: See chart below.


   (d) pay received versus pay claimed

   **ANSWER**: See chart below. I was paid all of my regular pay for 40 hours a week, but nothing beyond that.


   (e) total amount claimed

   **ANSWER**: See chart below.

| week beginning | week ending | regular hours due | standard rate | ovetime hours due | overtime rate | total pay due | liquidated damages | grand total |
|---|---|---|---|---|---|---|---|---|
| 09/23/2019 | 09/28/2019 | | | 40 | 18/hr | | | |
| 09/30/2019 | 10/05/2019 | | | 40 | 18/hr | | | |
| 10/07/2019 | 10/12/2019 | | | 41.5 | 18/hr | | | |
| 10/14/2019 | 10/19/2019 | | | 41.7 | 18/hr | | | |
| 10/21/2019 | 10/26/2019 | | | 41.2 | 18/hr | | | |
| 10/28/2019 | 11/02/2019 | 8 | 12/hr | 24 | 18/hr | | | |
| 11/04/2019 | 11/09/2019 | | | 41.5 | 18/hr | | | |
| 11/11/2019 | 11/16/2019 | | | 41.2 | 18/hr | | | |
| 11/18/2019 | 11/23/2019 | | | 43.5 | 18/hr | | | |
| 11/25/2019 | 11/30/2019 | | | 42.7 | 18/hr | | | |
| 12/02/2019 | 12/07/2019 | 8 | 12/hr | 26 | 18/hr | | | |
| 12/09/2019 | 12/15/2019 | | | 49.25 | 18/hr | | | |
| 12/16/2019 | 12/21/2019 | | | 42 | 18/hr | | | |
| 12/23/2019 | 12/28/2019 | | | 42.25 | 18/hr | | | |
| 12/30/2019 | 01/04/2020 | | | 40 | 18/hr | | | |
| 01/06/2020 | 01/11/2019 | 8 | | 24 | 18/hr | | | |
| | | 24 | $288.00 | 620.8 | $11,160.00 | $11,448.00 | $11,448.00 | $22,896.00 |

7. When did you (or our attorney) first complain to your employer about alleged violations of the FLSA?

**ANSWER**: I told Juan Cruz about the overtime early on, but I was blown off. On December 6, 2019, I told Juan Cruz that my pay wasn't right. He said he would talk to Beverly. My next paycheck also came short, so I followed up on December 19, 2019, with no response until I filed my FLSA claim and I was let go.

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

   **ANSWER**: Oral.

9. What was your employer's response? (If a written response, please attach a copy).

   **ANSWER**: No response

_____
(Plaintiff's Signature)

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

**BEFORE ME**, the undersigned authority, on this day, personally appeared

 MICHAEL KEEVER, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 29th day of January, 2020      .

NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgment
Notary Stamp  Print Name:
Title: Notary Public Serial No. (if any):

Commission Expires:

Linda M. Gallagher
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG045518
Expires 11/7/2020
FLORIDA NOTARY ASSOCIATION SINCE 1976