UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:20-cv-00050-SCB-JSS

**MICHAEL KEEVER, individually, and
as the class representative of others
similarly situated,**

    **Plaintiff,**

**vs.**

**BELLE VISTA BLUFFS, INC.
a Florida Registered Corporation, and**

**BEVERLY C. MACKIN, individually.**

    **Defendants.**

_____/

**MOTION FOR ORDER TO APPROVE SETTLEMENT**

    COME NOW, the parties by and through their undersigned counsel, and hereby move this Honorable Court to issue an Order Approving the FLSA settlement in the above-referenced matter, the terms of which are as follows:

1. The Defendants will pay Plaintiff $10,000.00 in wages, overtime and liquidated damages within 10-days of the date of this Court's approval.

2. The Defendants will pay the Plaintiff's attorney's fees of $6,000.00 within 10 business days of the date of this Court's approval.

3. The Plaintiff accepts this settlement and requests judicial approval pursuant to *Dees v. Hydradry, Inc.*, 706 F.Supp.2d 1227 (M.D. Fla. 2010).

4. Plaintiff will dismiss his counts against Defendants.

    WHEREFORE, the parties, by and through their undersigned counsel, hereby move this Honorable Court to issue an Order Approving the above-referenced settlement.

Dated: March 13, 2020

RESPECTFULLY SUBMITTED,

| ***TRAGOS, SARTES & TRAGOS, PLLC*** | **SPIRE LAW, LLC** |
|---|---|
| */s/ Peter A. Sartes, MBA/JD* | */s/ Jesse I. Unruh, Esq.* |
| Peter A. Sartes, MBA/JD | Jesse Unruh, Esq. |
| Florida Bar Number 0582905 | Florida Bar No. 93121 |
| Email: peter@greeklaw.com | jesse@spirelawfirm.com |
| 601 Cleveland St Suite 800 | 12249 Science Drive |
| Clearwater, FL 33755 | Suite 155 |
| Telephone: (727) 441-9030 | Orlando, FL 32826 |
| Fax: (727) 441-9254 | Telephone: (407) 494-0135 |
| Secondary E-Mail: crystal@greeklaw.com | ATTORNEY FOR THE DEFEDANTS |
| linda@greeklaw.com | |
| ATTORNEY FOR THE PLAINTIFF | |