UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KEEVER, individually
and as the class representative of
others similarly situated,

    Plaintiff,

v.    Case No.   8:20-cv-50-T-24 JSS

BELLE VISTA BLUFFS, INC.
and BEVERLY C. MACKIN,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Motion for Order to Approve Settlement.  (Doc. No. 21).   In this motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claim.   Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of bona fide dispute over Fair Labor Standards Act provisions. Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**.

    **DONE AND ORDERED** at Tampa, Florida, this 16th day of March, 2020.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record